UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

    NOBLE INTERNATIONAL, LTD., et al.,    Bankr. Case No. 09-51720-mbm
                                                             Case No. 09-CV-11954-DT

_____/

**ORDER SETTING CONFERENCE DATE**

On May 19, 2009, an Emergency Motion for Leave to File Bankruptcy Appeal was filed by the Official Committee of Unsecured Creditors (the "Committee"). Having reviewed the motion, the court has determined the necessity of an immediate scheduling conference. Accordingly,

IT IS ORDERED that the court will conduct a scheduling conference, on the record, on **May 27, 2009 at 9:00 a.m.** The parties should come prepared to discuss, among other things, whether to issue a stay of the May 28, 2009 auction date.[1]

                                            s/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: May 22, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 22, 2009, by electronic and/or ordinary mail.

                                            s/Lisa Wagner
                                            Case Manager and Deputy Clerk
                                            (313) 234-5522

---

[1] In the event the Bankruptcy Court issues a stay prior to the conference, this court will nonetheless proceed with its conference, the topic of discussion being adjusted to the then-existing circumstances.